IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**UNITED STATES OF AMERICA,**

**VS.** **CRIMINAL ACTION NO. 2:00CR94-P-B**

**MACK ARTHUR BOWENS,** **DEFENDANT.**

### ORDER

This matter comes before the court upon the Government's Motion to Strike [237-1]. Upon due consideration of the motion the court finds as follows, to-wit:

The instant motion was filed on June 16, 2005. As of this date, no response has been filed. Local Rule 7.2(c)(3) requires a party to notify the court if it intends not to respond to a motion. Local Rule 7.2(c)(2) allows the court to grant a motion to which no response was filed. In any event, the court concludes that the merits of the Government's motion warrant the relief sought therein.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Government's Motion to Strike [237-1] is **GRANTED**; accordingly,

(2) The defendant's letter entitled "Request for Direct Appeal Reinstatement For Unfair Review Due to 'Fraud Upon the Appellate Court" by the Trial Court and the Government [236-1] is hereby **STRICKEN FROM CONSIDERATION**.

**SO ORDERED** this the 26th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE