**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| **MACK ARTHUR BOWENS,** | **PETITIONER** |
| **V.** | **NO. 2:00CR094-WAP** |
| **UNITED STATES OF AMERICA,** | **RESPONDENT** |

## ORDER DENYING MOTION

This cause is before the court on Petitioner's motion for recusal. A district court's ruling on a motion for recusal is reviewed by a court of appeals for abuse of discretion. *Andrade v. Chojnacki*, 338 F.3d 448, 454 (5th Cir. 2003). The standard for recusal is an objective one. *See* 29 U.S.C. §§ 144, 455; *Trevino v. Johnson*, 168 F.3d 173 (5th Cir. 1999). The relevant inquiry is whether a "reasonable man, were he to know all the circumstances, would harbor legitimate doubts about the judge's impartiality." *U.S. v. Anderson*, 160 F.3d 231, 233 (5th Cir. 1998). The alleged bias must be personal, as distinguished from judicial, in nature. *U.S. v. Scroggins*, 485 F.3d 824, 830 (5th Cir. 2007). Furthermore, a motion for recusal may not be predicated on the judge's rulings in the instant case. *Id.* at 830.

Despite Petitioner's insistence, the undersigned does not find that recusal is warranted. Therefore, Petitioner's motion for recusal (docket entry 301) is DENIED.

**SO ORDERED**, this the 15th day of August, 2007.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE