**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| **MACK ARTHUR BOWENS** | **MOVANT** |
| v. | No. 2:00CR94-P |
| **UNITED STATES OF AMERICA** | **RESPONDENT** |

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the instant motion to vacate, set aside, or correct the sentence of Mack Arthur Bowens is **DENIED** in all respects.

**SO ORDERED,** this the 30th day of March, 2011.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE